# Exhibit A to the Complaint

**Location:** Wynnewood, PA  
**IP Address:** 96.245.77.13  
**Total Works Infringed:** 28  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 2A7B6594257D89606754461CC7EA58D20DBB37A1<br>File Hash: FFD701770C420BB6FD379CF319D770F437F57134A17C104EF4E4D25B16911DE7 | 07/28/2020 17:02:28 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 2 | Info Hash: 3331374935A0C6D79FB05926CD3335CAE8FA4474<br>File Hash: D1727BB8185F20F4D52D49955D03ECD6B9982BD12E07B704407B6CC8B978F55A | 07/08/2020 14:11:32 | Blacked Raw | 07/06/2020 | 07/20/2020 | PA0002248962 |
| 3 | Info Hash: CBAD091BF227B7A157BD40758CF5E0DBF6CD35DF<br>File Hash: F035985172BC02F291D467FFB01B909B9331853F2C3FDE529E60ADC01C957FC4 | 06/25/2020 13:03:40 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 4 | Info Hash: E8E4DC7CFC1F58906E53E6A7B7EF8A55943E1160<br>File Hash: 639D7B290AA4AA195E9AE03C39E6DD28B7AD43D7BF4606EC8F302CA39997DDAD | 06/06/2020 22:09:48 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 5 | Info Hash: 9E44731E8EC3B6FD476E0A33695303251A58C476<br>File Hash: 6E310240066A7148AF3E41F974E2DF798485CC20CD9169B21ACB3B29F1F08140 | 05/24/2020 01:52:50 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 6 | Info Hash: A120B05E3E0993B77463E7D5967B9A6D2CCF6D73<br>File Hash: 4041A78B1CFF335F326E4263F2853FBAD608823C6616550D914E9027B2636BCF | 04/27/2020 09:56:01 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |
| 7 | Info Hash: 963D1714B7669F4FAE4A46DB22FE8DCF229D8815<br>File Hash: C0D6AF2AE5DD8C1A8B6DA4CD63244228153C80BEE78763BF510A17B205F100C2 | 04/17/2020 20:21:41 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 8 | Info Hash: CD0194BE2D8A76BE8BBB767DCE9F346D89BECA66<br>File Hash: 3B3C28D1CDB7CB44FAD590ADCB520BF85C2A30D4B93B9208339FD5D141C461C6 | 03/16/2020 15:45:56 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 51F6867D38525B30903C807250F4C3693464A79B<br>File Hash: DF7CA5128D68E6A1FDB80CB377E28D8D9D936668FF59025579D36DC6FF960346 | 03/07/2020 21:48:54 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 10 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 03/06/2020 13:51:57 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 11 | Info Hash: 66349A709F8863561BAB6DACD648456B0B55BF25<br>File Hash: 60E87939C977C66C07DD5FDA435CFC43B92F7FB2C73AE9DF288A5885156E4A39 | 03/06/2020 13:43:57 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 12 | Info Hash: B075A02008E0553857D08AA176BE825DF2F1B82E<br>File Hash: 365347F72F87638EED243C682A2463F4B7A4CDD811B27F69794EFCA0F6FF7DE9 | 02/20/2020 19:09:11 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 13 | Info Hash: 8E38A40B6DF39A6270F6F9F72D7F6262EFB4BC96<br>File Hash: 0ADE981956E17CEFA57E3013392CAA3D0482501D40A1A0FE19877CE0AA213288 | 02/08/2020 05:27:12 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 14 | Info Hash: 86BDE00129708E63A57AC8A09680C1D8E0996DE9<br>File Hash: 82A1A71FBF60A947112984DF63934F864A3036D9038912961073FC964DF993D5 | 01/29/2020 21:27:52 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 15 | Info Hash: 3E706CCA882F84C035E7BD0FEF8481645375E7B1<br>File Hash: 5B84615B61A64C9C560A53410A0832575BCE7EED6AEE590F66A918ACE784ADA8 | 01/01/2020 18:16:58 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 16 | Info Hash: FB53F3EECB506F8A44A81683849E6F2D11533EA7<br>File Hash: BA1342BD50A5BF386A5FE64A6B26D947299FF458E08AAD19D74BCA328B1CCF7C | 01/01/2020 05:30:40 | Vixen | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 17 | Info Hash: 4BE18DF490F2204F1227122CCE767BCF696746BC<br>File Hash: B8FAD80529B0AB9591249FBDD6952B643947BE510D5E66313B2591BD69BA8594 | 11/30/2019 22:25:18 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 72D4406F2AAFB681A4CF88A70D10EAFD1974444D<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 11/28/2019 04:49:32 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 19 | Info Hash: 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA<br>File Hash: BFE4DDB1A644BF5767CCCB7776F41D052F9509199B8CFB06D1D95E9D87C284CA | 10/25/2019 20:54:59 | Vixen | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 20 | Info Hash: 196F7B42FAC707C82D8512957DC9B125021BA1CF<br>File Hash: A61827842ADCB0695732A7DDD61A25AD54A083EE3FAF205D84A239BF745B707A | 10/09/2019 21:26:28 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 21 | Info Hash: 66630D872E1462A6D3FDEAA4C59B064138F46C6D<br>File Hash: 854C27CCBB0C37223D401B0B7B32E629198C7B0AA9A2F6DD41A5754DE13339CD | 09/06/2019 16:08:53 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 22 | Info Hash: 7C2EFB2F67AE964678071271206339F17FC4EAD4<br>File Hash: 24FFFBCC065C36F02A425FF5A8FCC164FF5792E35BBEBB12B98E2D35219C25F4 | 09/02/2019 21:10:09 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 23 | Info Hash: 5352EA774C5490597CFAA5D09F44B3F4A3CC323C<br>File Hash: 478FA936AE06679650D0AA8E926AC31D7132EF11F96A79C18161ED836E20E224 | 08/28/2019 19:28:35 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 24 | Info Hash: 0ED1618079E29D4BB708465328D67B227B1AA795<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 08/05/2019 20:58:04 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 25 | Info Hash: 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF<br>File Hash: 6FC6DBA321B1F801562686C0EBE095A0D49C795E810E940493119D69B4F4B783 | 08/05/2019 19:18:10 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 26 | Info Hash: 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08<br>File Hash: F9A7372941DA252808B68887A5C34826B060F8D2FFE5E9E93B022A57762D4AB2 | 08/05/2019 18:20:47 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash: 6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 08/05/2019 18:15:59 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 28 | Info Hash: B2A07B06BC54F48606F8393BFCCD614304A447E0<br>File Hash: A83B11B919076A7C043AB4A4D5B1D22764D0765D441C003E1319354BD0F1835E | 08/04/2019 16:45:40 | Blacked | 06/29/2017 | 07/07/2017 | PA0002070821 |